JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAURY MONTGOMERY,<br><br>　　　　Petitioner,<br><br>v.<br><br>COURT OF APPEAL SECOND APPELLATE DISTRICT,<br><br>　　　　Respondent. | Case No.  CV 11-6002-GW (MLG)<br><br>JUDGMENT |

　　IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: November 20, 2011

　　　　　　　　　　　　　　　　　　George H. Wu
　　　　　　　　　　　　　　　　　　United States District Judge