JS - 6/ENTER

FILED
NOV 22 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

MAURY MONTGOMERY,

    Petitioner,

v.

COURT OF APPEAL SECOND APPELLATE DISTRICT,

    Respondent.

Case No. CV 11-6002-GW (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: November 20, 2011

_____
George H. Wu
United States District Judge